**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**NATHANIEL VINCENT LONG,**<br><br>**Defendant.** | **CR 20-35-M-DLC**<br><br><br>**ORDER** |

Based upon the United States' motion, and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the summons directing Nathaniel Vincent Long to appear for arraignment on August 20, 2020, at 1:30 p.m. is QUASHED and the arraignment is VACATED.

IT IS FURTHER ORDERED that the Clerk of Court issue an arrest warrant for Nathaniel Vincent Long.

Dated this 3rd day of August, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1