IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–35–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| NATHANIEL VINCENT LONG, | |
| Defendant. | |

Before the Court is the government's Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 31.) Defendant Nathaniel Vincent Long entered into a plea agreement that provides a factual basis and cause to issue a forfeiture order pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that Long's interest in the following property is FORFEITED to the United States in accordance with 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d):

- FIREARM: MASTERPIECE ARMS, SN: F19946;
- COMPUTER EVIDENCE: CD/DVD DISK, 2 CD'S CONTAINING SW PHOTOS AND LONG PHONE DOWNLOAD;
- FIREARM: RUGER, MODEL: LCP, CAL: 380, SN: 37806331;

- AMMUNITION: QTY: 4, MNF: FEDERAL, CAL: 380;

- COMPUTER EVIDENCE: CD/DVD DISK, 5 CD'S OF MPD ELECTRONIC EVIDENCE;

- FIREARM: HANDGUN, RUGER, MODEL: 10/22 CHARGER, SN: 49051537;

- FIREARM PARTS AND ACCESSORIES: 1 EXTRA MAG;

- FIREARM: WINCHESTER, MODEL: SX3, SN: 11HMN11702;

- AMMUNITION: QTY: 51, ASSORTED;

- FIREARM: RUGER, SR-556, CAL: 556, SN: 59000620; and

- FIREARM: SMITH & WESSON, MODEL: 629, CAL: 44, SN: BFT9300.

IT IS FURTHER ORDERED that the ATF, the United States Marshals Service, or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of this Order and the United States' intent to dispose of the property in

such manner as the Attorney General or Secretary of the Department of Homeland Security may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

Finally, IT IS ORDERED that, upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 22nd day of October, 2020.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court