IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–35–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| NATHANIEL VINCENT LONG, | |
| Defendant. | |

Before the Court is the government's Unopposed Motion for Final Order of Forfeiture. (Doc. 36.) After reviewing the motion and the brief in support (Doc. 37), the Court FINDS:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), 18 U.S.C. § 924(d). (*Sealed* Doc. 1 at 2.)

2. A preliminary order of forfeiture was entered on October 22, 2020. (Doc. 33.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 35.)

Accordingly, IT IS ORDERED that:

1. The motion for final order of forfeiture (Doc. 36) is GRANTED.

1

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- FIREARM: MASTERPIECE ARMS, SN: F19946;
- COMPUTER EVIDENCE: CD/DVD DISK, 2 CD'S CONTAINING SW PHOTOS AND LONG PHONE DOWNLOAD;
- FIREARM: RUGER, MODEL: LCP, CAL: 380, SN: 37806331;
- AMMUNITION: QTY: 4, MNF: FEDERAL, CAL: 380;
- COMPUTER EVIDENCE: CD/DVD DISK, 5 CD'S OF MPD ELECTRONIC EVIDENCE;
- FIREARM: HANDGUN, RUGER, MODEL: 10/22 CHARGER, SN: 49051537;
- FIREARM PARTS AND ACCESSORIES: 1 EXTRA MAG;
- FIREARM: WINCHESTER, MODEL: SX3, SN: 11HMN11702;
- AMMUNITION: QTY: 51, ASSORTED;
- FIREARM: RUGER, SR-556, CAL: 556, SN: 59000620; and
- FIREARM: SMITH & WESSON, MODEL: 629, CAL: 44, SN: BFT9300.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 20th day of January, 2021.

_____
Dana L. Christensen, District Judge
United States District Court